USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEIJING IQIYI SCIENCE & TECHNOLOGY CO., LTD., BEIJING QIYI CENTURY SCIENCE & TECHNOLOGY CO., LTD., DONGYANG IQIYI FILM AND TELEVISION CULTURE CO., LTD., NANJING iQIYI FILM AND TELEVISION CULTURE CO., LTD., HAINAN IQIYI INFORMATION TECHNOLOGY CO., LTD.,

Plaintiffs,

-against-

THE INDIVIDUALS AND BUSINESS ENTITIES IDENTIFIED ON SCHEDULE "A;" and DOES 1 through 100, inclusive,

Defendants.

26 Civ. 5559 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiffs' motion to seal their proposed orders, filed at ECF No. 41, is GRANTED IN PART. The Court finds that the proposed preliminary injunction against Defendants 1 through 4, 8 through 12, 15, and 16, contains financially sensitive and personal information concerning accounts maintained by or related to the Defendants that would be affected by that proposed order. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006); *see* ECF Nos. 42, 45. As the Court explained on the record in today's hearing, the Court shall enter a preliminary injunction based on that proposed order; its preliminary injunction will also be entered under seal. However, the proposed order against Defendant Fion Technologies LLC ("Fion") does not appear to contain any sensitive information. *See* ECF No. 43. That order lists the last four numbers of certain financial accounts—information which Fion has already introduced into the public record. *See* ECF No. 34-1.

Fion's motion for leave to file supplemental documents, at ECF No. 47, is GRANTED. Fion's motion to seal its filings, which contain sensitive financial information concerning its Bank of America accounts, is likewise GRANTED. *See* ECF No. 48.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 41, 47, and 48.

SO ORDERED.

Dated: August 3, 2026
New York, New York

ANALISA TORRES
United States District Judge