USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**UNITED STATES DISTRICT CO[URT]**
**SOUTHERN DISTRICT OF NEW [YORK]**

| | |
|---|---|
| BEIJING IQIYI SCIENCE & TECHNOLOGY CO., LTD., BEIJING QIYI CENTURY SCIENCE & TECHNOLOGY CO., LTD., DONGYANG IQIYI FILM AND TELEVISION CULTURE CO., LTD., NANJING iQIYI FILM AND TELEVISION CULTURE CO., LTD., HAINAN IQIYI INFORMATION TECHNOLOGY CO., LTD.,<br>Plaintiffs,<br>v.<br>THE INDIVIDUALS AND BUSINESS ENTITIES IDENTIFIED ON SCHEDULE "A;" and DOES 1 through 100, inclusive,<br>Defendants. | Civil Action No. 1:26-cv-05559 (AT) |

**ORDER GRANTING ALTERNATIVE SERVICE**
**<u>AS TO DEFENDANT NOS. 6, 7, 13, 18, AND 19</u>**

Upon consideration of Plaintiffs' *Ex Parte* Application for Alternative Service on Defendant Nos. 6, 7, 13, 18, and 19, the supporting Declaration, and the record, and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiffs are authorized to effectuate service of process on Defendant Nos. 6 (Dasao USA Products Inc.), 7 (Dasao USA General Products Distributor Inc.), 13 (Allsbest.com), 18 (Hong Da Supermarket Inc.) pursuant to Fed. R. Civ. P. 4(h)(1)(A), incorporating Fed. R. Civ. P. 4(e)(1) and N.Y. C.P.L.R. § 311(b), and on Defendant No. 19 (Qiying Chen), pursuant to Fed. R. Civ. P. 4(e)(1) and N.Y. C.P.L.R. § 308(5), by the following methods:

    a) In-platform messaging through eBay to the seller accounts "hasluckynyc" (Defendant No. 6), "skc0092012" (Defendant No. 7), and "tvpadguy"

and/or "86st-shop" (Defendants Nos. 18 and 19) or embedded online contact form listed on Defendants' websites (Defendants Nos. 18 and 19).

b) Email to the email addresses associated with the Unserved Defendants' seller accounts, storefronts, websites, package shippers, or PayPal account including any email address associated with the website allsbest.com (Defendant No. 13) or its PayPal account used to receive payment (Defendant No. 13); and

c) Any email addresses or contact information obtained from the marketplace platforms or financial institutions through the expedited discovery authorized by the Court.

2. Service shall be deemed complete **3 days** after the last of the above methods is completed.

3. Plaintiffs shall file proof of service pursuant to Fed. R. Civ. P. 4(l) within **3 days** of completing service.

Dated: August 10, 2026
New York, New York

**SO ORDERED.**

HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE