**BAKER BOTTS** L.L.P.

1001 PAGE MILL ROA
BUILDING ONE, SUITE
PALO ALTO, CA 9430

TEL +1.650.739.75(
FAX + 1.650.739.76
BAKERBOTTS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/11/2026

Wendy Wang
TEL +1 650 739 7514
FAX +1 650 739 7614
wendy.wang@bakerbotts.com

August 3, 2026

**BY CM/ECF**

Honorable Analisa Torres
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York, 10007

Re: **Beijing iQIYI Science & Technology Co., Ltd., *et al.* v. The Individuals and Business Entities Identified on Schedule A, *et al.*, Case No. 1:26-cv-05559-AT**

Dear Judge Torres:

On Friday, July 31, 2026, Plaintiffs filed a [Proposed] Order Granting Preliminary Injunction, Asset-Transfer Restraint, and Expedited Discovery as to the Non-Appearing, Served Defendants (ECF No. 38), which was intended to be redacted but filed publicly.

Plaintiffs' counsel immediately notified the ECF Help Desk by email on July 31 and they have temporarily sealed ECF No. 38. Plaintiffs later filed a corrected, redacted version of the same document at ECF No. 40. Per the instruction from the Quality Assurance Unit, Plaintiffs respectfully request the Proposed Order filed at ECF No. 38 be removed from the docket and permanently under seal.

Respectfully submitted,

*/s/ Chao "Wendy" Wang*

Chao "Wendy" Wang

GRANTED. The Clerk of Court is respectfully directed to strike ECF No. 38 from the docket and to terminate the motion at ECF No. 52.

SO ORDERED.

Dated: August 11, 2026
New York, New York