UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEIJING IQIYI SCIENCE & TECHNOLOGY CO., LTD., BEIJING QIYI CENTURY SCIENCE & TECHNOLOGY CO., LTD., DONGYANG IQIYI FILM AND TELEVISION CULTURE CO., LTD., NANJING iQIYI FILM AND TELEVISION CULTURE CO., LTD., HAINAN IQIYI INFORMATION TECHNOLOGY CO., LTD.,

*Plaintiffs,*

v.

THE INDIVIDUALS AND BUSINESS ENTITIES IDENTIFIED ON SCHEDULE "A;" and DOES 1 through 100, inclusive,

*Defendants.*

Civil Action No. 1:26-cv-05559 (AT)

JURY TRIAL DEMANDED

**ORDER GRANTING PLAINTIFFS' MOTION TO UNSEAL SCHEDULE A**

THIS MATTER is before the Court on Plaintiffs' unopposed letter-motion to unseal Schedule A to the Complaint. Having considered the letter-motion and the record, it is hereby:

1. **ORDERED** that Plaintiffs' letter-motion is **GRANTED**; and it is further

2. **ORDERED** that the Clerk of Court is directed to unseal Schedule A to the Complaint (ECF No. 4) in its entirety.

**SO ORDERED.**

Dated: October 13, , 2026
New York, New York

HON. VALERIE FIGUEREDO
MAGISTRATE JUDGE